**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**VENU V. REDDY**, *et al.*,

    **Plaintiffs,**

        **v.**

**VANESSA D. KRECKEL**, *et al.*,

    **Defendants.**

Case Number 2:25-cv-1441
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on Plaintiff Venu V. Reddy's Notice of Lodging of Defendants' Bankruptcy Filings. (ECF No. 11.) Plaintiff states that, through continued diligence in the prosecution of this case, he has discovered bankruptcy petitions filed by Defendants Vanessa Kreckel and TPD Design House, LLC and submits the following:

1. TPD Design House, LLC's Voluntary Petition for Bankruptcy under Chapter 11, filed March 16, 2026, in the United States Bankruptcy Court for the Eastern District of Pennsylvania; and

2. Vanessa Kreckel's Voluntary Petition for Bankruptcy under Chapter 7, filed March 31, 2026, in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

(*Id.*; ECF Nos. 11-1, 11-2.)

The Court construes Plaintiff's Notice (ECF No. 11) as a suggestion of bankruptcy. Accordingly, this action is **STAYED** pursuant to 11 U.S.C. § 362(a). Plaintiffs are **INSTRUCTED** to notify this Court of the status of the bankruptcy proceedings in 90 days or upon the conclusion of the bankruptcy proceedings, whichever occurs first.

    **IT IS SO ORDERED.**

  s/Edmund A. Sargus, Jr.

_5/10/2026_
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**